MELINDA L. HAAG (CSBN 132612)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:    charles.oconnor@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
JASON A. HILL
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

    Post Office Box 7611
    Washington, DC 20044
    Telephone:    (202) 514-1024
    Facsimile:    (202) 305-2021
    Email:    jason.hill2@usdoj.gov

MARTHA MANN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

    Post Office Box 7611
    Washington, DC 20044
    Telephone:    (202) 514-2664
    Facsimile:    (202) 305-2021
    Email:    martha.mann@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMIN., et al.,<br><br>    Defendants. | No. CV 12-2172 JSW<br><br>STIPULATION AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING FOR FEDERAL HIGHWAY ADMINISTRATION<br><br>Date:    TBD<br>Time:    TBD |

Plaintiffs filed their First Amended Complaint was filed on June 25, 2012. Dkt. 21. Federal Defendants' answer or other responsive pleading is due Friday, July 13, 2012. Jason A. Hill, counsel for Federal Defendants, lost a family member, and needs to return home to assist with funeral arrangements. Therefore, it is hereby stipulated by the parties, through their respective undersigned counsel, that the due date for filing any answer or responsive pleading on behalf of Federal Defendant, Federal Highway Administration, is extended until Friday, August 10, 2012.

Respectfully submitted,

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: July 11, 2012

Jason A. Hill
Martha Mann

Attorneys for Federal Defendants

Dated: July 10, 2012

Adam Keats
Aruna Prabhala

Attorneys for Plaintiffs

Dated: July ___, 2012

See attached

Ronald W. Beals
David Gossage
Lucille Y. Baca
Ardine Zazzeron
Derek S. Van Hoften

Attorneys for State Defendants

**ORDER**

IT IS SO ORDERED.

Dated: July___, 2012

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Plaintiffs filed their First Amended Complaint was filed on June 25, 2012. Dkt. 21. Federal Defendants' answer or other responsive pleading is due Friday, July 13, 2012. Jason A. Hill, counsel for Federal Defendants, lost a family member, and needs to return home to assist with funeral arrangements. Therefore, it is hereby stipulated by the parties, through their respective undersigned counsel, that the due date for filing any answer or responsive pleading on behalf of Federal Defendant, Federal Highway Administration, is extended until Friday, August 10, 2012.

Respectfully submitted,

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: July __, 2012

_____
Jason A. Hill
Martha Mann

Attorneys for Federal Defendants

Dated: July __, 2012

_____
Adam Keats
Aruna Prabhala

Attorneys for Plaintiffs

Dated: July 11, 2012

_____
Ronald W. Beals
David Gossage
Lucille Y. Baca
Ardine Zazzeron
Derek S. Van Hoften

Attorneys for State Defendants

**ORDER**

IT IS SO ORDERED.

Dated: July 11, 2012

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

-2-

**If the Federal Highway Administration moves to dismiss the Complaint, the Court HEREBY ADVISES the parties that it will be inclined to continue the hearing on the motion to dismiss filed by the California Department of Transportation and Malcolm Dougherty.**