1  RONALD W. BEALS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
2  LUCILLE Y. BACA, Assistant Chief Counsel
   ARDINE ZAZZERON (SBN 130109)
3  DEREK S. VAN HOFTEN (SBN 226880)
   595 Market Street, Suite 1700
4  San Francisco, CA 94105
   Telephone: (415) 904-5700, Facsimile: (415) 904-2333
5  ardine.zazzeron@dot.ca.gov

6  Attorneys for Defendants
   California Department of Transportation and Malcolm Dougherty
7

8
9      UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
       SAN FRANCISCO DIVISION
10

11 | CENTER FOR BIOLOGICAL DIVERSITY; | Case No.  CV 12-2172 JSW
   | SIERRA CLUB;
12 | WILLITS ENVIRONMENTAL CENTER and
   | ENVIRONMENTAL PROTECTION | **STIPULATION AND ORDER**
13 | INFORMATION CENTER | **RESETTING DATE OF CASE**
   | | **MANAGEMENT CONFERENCE**
14 |                     Plaintiffs,

15      v.

16 | FEDERAL HIGHWAY ADMINISTRATION;
   | CALIFORNIA DEPARTMENT OF
17 | TRANSPORTATION; MALCOLM
   | DOUGHERTY, in his official capacity as Acting
18 | Director of the California Department of
   | Transportation; and U.S. ARMY CORPS OF
19 | ENGINEERS,

20                     Defendants.

21
22
23
24    Upon commencement of this proceeding, this Court ordered the initial Case Management
25 Conference to be held on August 3, 2012. On July 24, 2012, the Court notified the parties that the
26 Conference had been continued to October 26, 2012. Ardine Zazzeron, who is lead counsel for
27 defendants California Department of Transportation and Malcolm Dougherty, is scheduled to be a
28 speaker and give presentations at a legal conference on October 25 and 26, 2012, in San Diego,

1

California. Therefore, a stipulation has been sought and obtained by the parties, through their respective undersigned counsel, to reset the Initial Case Management Conference to October 12, 2012. Further, the parties stipulate that the Case Management Conference Statement will be filed by October 5, 2012.

Respectfully submitted,

Dated: 8·21·12

ATTORNEYS FOR STATE DEFENDANTS

*(signature)*
RONALD W. BEALS
DAVID GOSSAGE
LUCILLE BACA
ARDINE ZAZZERON
DEREK S. VAN HOFTEN

Dated: 20 August 2012

ATTORNEYS FOR FEDERAL DEFENDANTS

*(signature)*
JASON A. HILL
MARTHA MANN

ATTORNEYS FOR PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB; WILLITS ENVIRONMENTAL CENTER and ENVIRONMENTAL PROTECTION INFORMATION CENTER

Dated: Aug 20, 2012

*(signature)*
ADAM KEATS
ARUNA PRABHALA

ATTORNEYS FOR PLAINTIFF CALIFORNIA FARM BUREAU FEDERATION

Dated: Aug. 22, 2012

*(signature)*
NANCY N. MCDONOUGH
KARI E. FISHER

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2012

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE