1 | RONALD W. BEALS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
2 | LUCILLE Y. BACA, Assistant Chief Counsel
ARDINE ZAZZERON (SBN 130109)
3 | DEREK S. VAN HOFTEN (SBN 226880)
595 Market Street, Suite 1700
4 | San Francisco, CA 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333
5 | ardine.zazzeron@dot.ca.gov

6 | Attorneys for Defendants
California Department of Transportation and Malcolm Dougherty
7

8

UNITED STATES DISTRICT COURT
9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

10

11 | CENTER FOR BIOLOGICAL DIVERSITY;          Case No.     CV 12-2172 JSW
SIERRA CLUB;
12 | WILLITS ENVIRONMENTAL CENTER and
ENVIRONMENTAL PROTECTION
13 | INFORMATION CENTER                        **STIPULATION AND ORDER
RESETTING DATE OF CASE
14 |                                           MANAGEMENT CONFERENCE**
Plaintiffs,
15
v.
16
FEDERAL HIGHWAY ADMINISTRATION;
17 | CALIFORNIA DEPARTMENT OF
TRANSPORTATION; MALCOLM
18 | DOUGHERTY, in his official capacity as Acting
Director of the California Department of
19 | Transportation; and U.S. ARMY CORPS OF
ENGINEERS,
20
Defendants.
21

22

23

24 |         Upon commencement of this proceeding, this Court ordered the initial Case Management

25 | Conference to be held on August 3, 2012.  On July 24, 2012, the Court notified the parties that the

26 | Conference had been continued to October 26, 2012.  Ardine Zazzeron, who is lead counsel for

27 | defendants California Department of Transportation and Malcolm Dougherty, is scheduled to be a

28 | speaker and give presentations at a legal conference on October 25 and 26, 2012, in San Diego,

1

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

1  California. Therefore, a stipulation has been sought and obtained by the parties, through their

2  respective undersigned counsel, to reset the Initial Case Management Conference to October 12,

3  2012. Further, the parties stipulate that the Case Management Conference Statement will be filed by

4  October 5, 2012.

5  Respectfully submitted,

6                                                ATTORNEYS FOR STATE DEFENDANTS

7

8  Dated:  8·21·12

9                                                RONALD W. BEALS
                                                 DAVID GOSSAGE
10                                               LUCILLE BACA
                                                 ARDINE ZAZZERON
11                                               DEREK S. VAN HOFTEN

12

13                                               ATTORNEYS FOR FEDERAL DEFENDANTS

14

15 Dated:  20 August 2012

                                                 JASON A. HILL
16                                               MARTHA MANN

17                                               ATTORNEYS FOR PLAINTIFFS CENTER FOR
18                                               BIOLOGICAL DIVERSITY, SIERRA CLUB;
                                                 WILLITS ENVIRONMENTAL CENTER and
19                                               ENVIRONMENTAL PROTECTION INFORMATION
                                                 CENTER
20

21 Dated:  Aug 20, 2012

22                                               ADAM KEATS
                                                 ARUNA PRABHALA
23

24                                               ATTORNEYS FOR PLAINTIFF CALIFORNIA
25                                               FARM BUREAU FEDERATION

26

27 Dated:  Aug. 22, 2012

                                                 NANCY N. MCDONOUGH
28                                               KARI E. FISHER

2

Stipulation and Order Resetting Date of Initial Case Management Conference – CV 12-2172 JSW

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700
San Francisco, California  94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

1

## ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated:   August 23, 2012

6   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Resetting Date of Initial Case Management Conference – CV 12-2172 JSW