RONALD W. BEALS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
LUCILLE Y. BACA, Assistant Chief Counsel
ARDINE ZAZZERON (SBN 130109)
DEREK S. VAN HOFTEN (SBN 226880)
595 Market Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333
ardine.zazzeron@dot.ca.gov

Attorneys for Defendants
California Department of Transportation and Malcolm Dougherty

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al.,<br><br>*Plaintiffs*,<br><br>CALIFORNIA FARM BUREAU FEDERATION,<br><br>*Plaintiff Intervenor*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION; CALIFORNIA DEPARTMENT OF TRANSPORTATION; MALCOLM DOUGHERTY, in his official capacity as Acting Director of the California Department of Transportation; and U.S. ARMY CORPS OF ENGINEERS,<br><br>*Defendants*. | Case No.   CV 12-2172 JSW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CALIFORNIA DEPARTMENT OF TRANSPORTATION AND MALCOLM DOUGHERTY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT OF PLAINTIFF CALIFORNIA FARM BUREAU FEDERATION** |

Defendants California Department of Transportation and Malcolm Dougherty ("Caltrans") and Plaintiff Intervenor California Farm Bureau Federation ("Farm Bureau") (together, the "Parties") enter into the stipulation set forth below in order to extend the time for Caltrans to answer or otherwise respond to the Farm Bureau's Complaint for Declaratory and Injunctive Relief in this action.

1

WHEREAS, the Farm Bureau filed its Complaint on August 13, 2012, and Caltrans' answer or other responsive pleading is currently due by September 4, 2012;

WHEREAS, Caltrans' Motion to Dismiss the First Amended Complaint of Plaintiffs Center for Biological Diversity, et al., is currently set for hearing on September 14, 2012, as is a separate motion to dismiss filed by Defendant Federal Highway Administration;

WHEREAS, Caltrans is considering filing a motion to dismiss the Farm Bureau's Complaint on grounds similar to those set forth in its pending Motion to Dismiss;

WHEREAS, the Parties believe that resolution of Caltrans' pending Motion to Dismiss may obviate the need for a separate Caltrans motion to dismiss the Farm Bureau's Complaint;

WHEREAS, the Parties believe an extension of time for Caltrans to file an answer or other responsive pleading will preserve resources of the Parties and Court, and promote judicial economy;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that Caltrans may have an extension of time, from Tuesday, September 4, 2012, until Friday, September 28, 2012, to file an answer or other responsive pleading to the Farm Bureau's Complaint.

ATTORNEYS FOR DEFENDANTS CALIFORNIA DEPARTMENT OF TRANSPORTATION AND MALCOLM DOUGHERTY

DATED: August 31, 2012

RONALD W. BEALS
DAVID GOSSAGE
LUCILLE BACA
ARDINE ZAZZERON
DEREK S. VAN HOFTEN

ATTORNEYS FOR PLAINTIFF CALIFORNIA FARM BUREAU FEDERATION

DATED: August 31, 2012

NANCY N. MCDONOUGH
KARI E. FISHER

2

## ORDER

Pursuant to the Stipulation executed by counsel for Defendants California Department of Transportation and Malcolm Dougherty, and Plaintiff Intervenor California Farm Bureau Federation, and good cause appearing,

**IT IS HEREBY ORDERED** that:

Defendants California Department of Transportation and Malcolm Dougherty may have an extension of time, from Tuesday, September 4, 2012, until Friday, September 28, 2012, to file an answer or other responsive pleading to the Farm Bureau's Complaint.

DATED: September 4, 2012

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order Extending Time for Caltrans to Answer or Otherwise Respond to
Plaintiff Farm Bureau's Complaint – CV 12-2172 JSW