UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILLITS ENVIRONMENTAL CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>   Plaintiffs,<br><br>CALIFORNIA FARM BUREAU FEDERATION,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, CALIFORNIA DEPARTMENT OF TRANSPORTATION, MALCOLM DOUGHERTY, in his official capacity as Director of the California Department of Transportation, U.S. ARMY CORPS OF ENGINEERS,<br><br>   Defendants. | Case No.  No. CV 12-2172 JSW<br><br>[PROPOSED] ORDER CHANGING TIME OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION AS MODIFIED AND CONTINUING CASE MANAGEMENT CONFERENCE |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Change Time, and the materials submitted in support of that Motion, the Court has determined that the Motion should be, and hereby is, GRANTED and Plaintiffs' Motion for Preliminary Injunction shall be heard on: October 12, 2012, at 1:30 PM. **9:00 a.m.** The parties' opposition and reply briefs shall be due based on the filing date of the motion. The case management conference is CONTINUED to November 16, 2012 at 1:30 p.m.

Dated: September 10, 2012

_____
Jeffrey S. White
United States District Judge

[Proposed] Order Changing Time of Hearing on Motion for Preliminary Injunction
CV 12-2172 JSW