**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff,

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants.

No. C 12-02172 JSW

**ORDER REQUIRING RESPONSE TO DEFENDANTS' OBJECTIONS TO STATEMENT OF NON-OPPOSITION**

On October 2, 2012, Defendants, California Department of Transportation and Malcolm Dougherty (collectively "Caltrans"), filed an objection to the "Statement of Non-Opposition" filed by Plaintiff-Intervenor California Farm Bureau Federation (the "Farm Bureau"). The Farm Bureau's statement of non-opposition is a substantive brief in support of the motion, and Plaintiffs have incorporated those arguments in their reply brief.

Accordingly, the Court HEREBY ORDERS the Farm Bureau *and* Plaintiffs to file a response to Defendants' objections and to show cause why they should not be sustained by no later than 3:00 p.m. on October 5, 2012.

**IT IS SO ORDERED.**

Dated: October 3, 2012

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE