IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff,

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants.

No. C 12-02172 JSW

**ORDER REQUIRING RESPONSE TO DEFENDANTS' OBJECTIONS TO STATEMENT OF NON-OPPOSITION**

On October 2, 2012, Defendants, California Department of Transportation and Malcolm Dougherty (collectively "Caltrans"), filed an objection to the "Statement of Non-Opposition" filed by Plaintiff-Intervenor California Farm Bureau Federation (the "Farm Bureau"). The Farm Bureau's statement of non-opposition is a substantive brief in support of the motion, and Plaintiffs have incorporated those arguments in their reply brief.

Accordingly, the Court HEREBY ORDERS the Farm Bureau *and* Plaintiffs to file a response to Defendants' objections and to show cause why they should not be sustained by no later than 3:00 p.m. on October 5, 2012.

**IT IS SO ORDERED.**

Dated: October 3, 2012

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE