IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
JASON A. HILL
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

   Post Office Box 7611
   Washington, DC 20044
   Telephone:   (202) 514-1024
   Facsimile:   (202) 305-2021
   Email:   jason.hill2@usdoj.gov

MARTHA MANN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

   Post Office Box 7611
   Washington, DC 20044
   Telephone:   (202) 514-2664
   Facsimile:   (202) 305-2021
   Email:   martha.mann@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | No. CV 12-2172 JSW |
| Plaintiffs, | STIPULATION AND ORDER DISMISSING FEDERAL HIGHWAY ADMINISTRATION |
| v. | |
| FEDERAL HIGHWAY ADMIN., et al., | Date: TBD |
| Defendants, | Time: TBD |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Intervenor, California Farm Bureau Federation, and Defendant, Federal Highway Administration ("FHWA"), hereby stipulate to the dismissal of all claims against FHWA, without prejudice.

Respectfully submitted,

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: October 3, 2012         s/ *Jason A. Hill*
                               Jason A. Hill
                               Martha Mann

                               Attorneys for Federal Defendants


Dated: October 5, 2012         s/ *Jack Leland Rice*
                               Jack Leland Rice
                               Kari Elizabeth Fisher

                               Attorneys for Plaintiff-Intervenor


**ORDER**

IT IS SO ORDERED.

Dated: October 9, 2012

DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & ORDER DISMISSING FHWA
*CBD v. FHWA;* CV 12-2172 JSW

-2-