IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
JASON A. HILL
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

Post Office Box 7611
Washington, DC 20044
Telephone:        (202) 514-1024
Facsimile:        (202) 305-2021
Email:      jason.hill2@usdoj.gov

MARTHA MANN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

Post Office Box 7611
Washington, DC 20044
Telephone:        (202) 514-2664
Facsimile:        (202) 305-2021
Email:      martha.mann@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) | No. CV 12-2172 JSW |
| Plaintiffs, | ) ) | STIPULATION AND ORDER |
| v. | ) ) | DISMISSING FEDERAL HIGHWAY ADMINISTRATION |
| FEDERAL HIGHWAY ADMIN., et al., | ) ) | Date:  TBD |
| Defendants, | ) ) | Time:  TBD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Intervenor, California

Farm Bureau Federation, and Defendant, Federal Highway Administration ("FHWA"), hereby

stipulate to the dismissal of all claims against FHWA, without prejudice.

Respectfully submitted,

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: October 3, 2012          s/ *Jason A. Hill*
                                Jason A. Hill
                                Martha Mann

                                Attorneys for Federal Defendants


Dated: October 5, 2012          s/ *Jack Leland Rice*
                                Jack Leland Rice
                                Kari Elizabeth Fisher

                                Attorneys for Plaintiff-Intervenor



**ORDER**

   IT IS SO ORDERED.

Dated: October 9__. 2012

DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & ORDER DISMISSING FHWA
*CBD v. FHWA;* CV 12-2172 JSW

**-2-**