1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CENTER FOR BIOLOGICAL DIVERSITY,
     et al.,
10                                                    No.  C 12-02172 JSW
                Plaintiff,
11                                                    **ORDER RE DEFENDANTS'**
        v.                                            **OBJECTIONS TO STATEMENT**
12                                                    **OF NON-OPPOSITION**
     FEDERAL HIGHWAY ADMINISTRATION,
13   et al.,

14              Defendants.
                                                    /
15

16          The Court has received and considered Plaintiff-Intervenor California Farm Bureau

17   Federation (the "Farm Bureau") and Plaintiffs' responses to the objections to the Farm Bureau's

18   Statement of Non-Opposition to Plaintiffs' Motion for Preliminary Injunction.  The Court finds

19   that the document violates the spirit if not the letter of Northern District Civil Local Rule 7-

20   3(b).  Further, the Local Rules do not contemplate sur-replies as a matter of right.  However, the

21   Court also agrees that Farm Bureau, as intervenor, has a right to be heard on the motion.

22   Accordingly, the Court finds the appropriate remedy is to permit the Caltrans defendants to file

23   a sur-reply directed at any arguments that are specific to the Farm Bureau's memorandum of

24   law and the evidence cited therein.  The hearing remains on calendar on October 12, 2012 at

25   9:00 am., but the Caltrans defendants may file a sur-reply by no later than 12:00 p.m. on

26   October 15, 2012.  The Court shall consider the briefing closed at that time.

27          **It is FURTHER ORDERED that, going forward, any statement of non-opposition**

28   **shall be limited to a statement that a particular party does not oppose a motion, without**

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **argument, and the Court shall not permit sur-replies except for extremely good cause.**

2          It is FURTHER ORDERED that, going forward, in order to ensure that a party or parties

3    opposing a motion is not required to seek leave to file a sur-reply, Plaintiffs and the Farm

4    Bureau shall meet and confer in advance of filing any motions, so that all briefs in support of a

5    particular position are filed 35 days in advance of a scheduled hearing date.  Similarly, the

6    Defendants shall meet and confer before filing any motion, so that all briefs in support of a

7    particular position are filed 35 days in advance of the scheduled hearing date.

8          **IT IS SO ORDERED.**

9    Dated: October 9, 2012



10    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2