IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff,

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants.

No. C 12-02172 JSW

**ORDER RE REQUEST FOR MANUAL FILING OF ELECTRONIC COPY OF ADMINISTRATIVE RECORD**

The Court has received the Request for Manual Filing of Electronic Copy of Administrative Record filed by Defendants California Department of Transportation and Malcolm Dougherty. The Court finds good cause to grant Defendants' request to file the Administrative Record on CD-ROMs, so long as the electronic version of the Administrative Record can be searched by the Court and the other parties with ease. In addition, the Court reserves the right to require the Defendants to file a paper version of the Administrative Record in its entirety or in parts as this litigation progresses. In addition, if Plaintiffs or the Intervenor-Plaintiffs request that Defendants provide them with a paper copy of the Administrative Record, in whole or in part, Defendants shall comply with that request unless they submit a further request to the Court to be relieved from doing so.

**IT IS SO ORDERED.**

Dated: December 13, 2012.

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE