IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
MARTHA C. MANN
JASON A. HILL
Trial Attorneys
United States Department of Justice
P.O. Box 7600
Washington, D.C. 20044
Tel:   (202) 514-2664 (Mann)
       (202) 305-0506 (Hill)
Fax:   (202) 514-8865
Email: martha.mann@usdoj.gov
       jason.hill2@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES ARMY CORPS OF ENGINEERS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILLITS ENVIRONMENTAL CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiffs,<br><br>CALIFORNIA FARM BUREAU FEDERATION,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, MALCOLM DOUGHERTY, in his official capacity as Director of the California Department of Transportation, U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendants. | Case No.  No. CV 12-2172 JSW<br><br>**STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS**<br>    AND ORDER THEREON<br><br>HEARING DATE: February 22, 2013<br>TIME: 9:00 a.m.<br>COURTROOM: 11<br>JUDGE: Hon. Jeffrey S. White |

Plaintiffs Center for Biological Diversity, Sierra Club, Willits Environmental Center and Environmental Protection Information Center ("Plaintiffs"), Plaintiff-Intervenor California Farm Bureau Federation ("Farm Bureau"), and Defendants the United States Army Corps of Engineers ("the Corps") have conferred and resolved the Plaintiffs' and Farm Bureau's pending Motion to Supplement the Administrative Record ("Motion to Supplement") (ECF No. 107), as that motion pertains to the Corps' administrative record. Plaintiffs, Farm Bureau, and the Corps report the following to the Court:

1. The Corps, having reviewed the documents provided by Plaintiffs and Farm Bureau that are described in Exhibit 6 to the Motion to Supplement (ECF No. 107-2), agrees that the following documents were inadvertently omitted from the Corps' administrative record:

Documents 1, 3-6, 8-13, 15, 18, 20-21, 23, 25-29, 31-35, 37-43, 45-49, 52-56, 59-62, 64-69, 72-76, 78, 80-88, 92, 94-96, 99, 101-103, 105-108, 110-114, 116, 122, 128, 130, 132, 134-142.

The Corps will electronically file a notice of lodging the amended administrative record together with a certification of the amended administrative record and revised index. The Corps will also lodge with the Court and provide to all parties a bates-stamped copy of the supplemental record documents as expeditiously as possible.[1]

2. Plaintiffs and Farm Bureau, upon conferral with the Corps as to the remaining documents listed in Exhibit 6 to the Motion to Supplement, agree to withdraw their motion as to all documents listed in Exhibit 6 to the Motion to Supplement that are not described in Paragraph 1, i.e., all remaining documents.

3. In light of this stipulation, Plaintiffs, Farm Bureau, and the Corps all agree that there is no need for a hearing on the Motion to Supplement regarding the Corps' administrative record, and the Motion to Supplement may be denied as moot with respect to the Corps' administrative record.

---

[1] In light of their size, the parties have agreed that specific "shaping" files included as an attachment to Document 21 will be made available to any party upon request.

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS

CV 12-2172 JSW                                                                 Page 1

| | | |
|---|---|---|
| 1 | Dated: February 1, 2013 | /s/ Aruna Prabhala |
| 2 | | Aruna Prabhala (Cal. Bar No. 278865) |
| | | CENTER FOR BIOLOGICAL DIVERSITY |
| 3 | | 351 California Street, Suite 600 |
| | | San Francisco, CA 94104 |
| 4 | | Telephone: (415) 436-9682 x 322 |
| 5 | | Facsimile: (415) 436-9683 |
| | | aprabhala@biologicaldiversity.org |
| 6 | | akeats@biologicaldiversity.org |
| | | Attorney for Plaintiffs |

Dated: February 1, 2013

/s/ Aruna Prabhala
Aruna Prabhala (Cal. Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 322
Facsimile: (415) 436-9683
aprabhala@biologicaldiversity.org
akeats@biologicaldiversity.org
Attorney for Plaintiffs

/s/ Jack L. Rice
KARI E. FISHER, SBN 245447
JACK L. RICE, SBN 248778
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691
kfisher@cfbf.com
jrice@cfbf.com
Attorneys for Plaintiff -Intervenor
CALIFORNIA FARM BUREAU FEDERATION

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
 /s/ Martha C. Mann
MARTHA C. MANN
JASON A. HILL
United States Department of Justice
P.O. Box 7600
Washington, D.C. 20044
Telephone: (202) 514-2664 (Mann)
 (202) 305-0506 (Hill)
Facsimile: (202) 514-8865
martha.mann@usdoj.gov
jason.hill2@usdoj.gov
Attorneys for Defendant
UNITED STATES ARMY CORPS OF ENGINEERS

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS

CV 12-2172 JSW                                                                                              Page 2

1   IT IS SO ORDERED.

2   Dated:  February  1 , 2013            _____
3                                          Jeffrey S. White
                                          DISTRICT JUDGE
4                                         UNITED STATES DISTRICT COURT

---

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS

CV 12-2172 JSW                                                                                    Page 3