1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division
   MARTHA C. MANN
3  JASON A. HILL
   Trial Attorneys
4  United States Department of Justice
   P.O. Box 7600
5  Washington, D.C.  20044
   Tel:    (202) 514-2664 (Mann)
6          (202) 305-0506 (Hill)
   Fax:    (202) 514-8865
7  Email: martha.mann@usdoj.gov
          jason.hill2@usdoj.gov
8
9
10 ATTORNEYS FOR DEFENDANT
   UNITED STATES ARMY CORPS OF ENGINEERS
11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| 15 CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILLITS ENVIRONMENTAL CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, | Case No.  No. CV 12-2172 JSW |
| 16 | |
| 17 | **STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS** |
| 18      Plaintiffs, | |
| 19 CALIFORNIA FARM BUREAU FEDERATION, | |
| 20 | AND ORDER THEREON |
| 21      Plaintiff-Intervenor, | HEARING DATE: February 22, 2013 |
| 22      v. | TIME: 9:00 a.m. COURTROOM: 11 JUDGE: Hon. Jeffrey S. White |
| 23 CALIFORNIA DEPARTMENT OF TRANSPORTATION, MALCOLM DOUGHERTY, in his official capacity as Director of the California Department of Transportation, U.S. ARMY CORPS OF ENGINEERS, | |
| 24 | |
| 25 | |
| 26 | |
| 27      Defendants. | |

28

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS
OF ENGINEERS
CV 12-2172 JSW

1    Plaintiffs Center for Biological Diversity, Sierra Club, Willits Environmental Center and

2    Environmental Protection Information Center ("Plaintiffs"), Plaintiff-Intervenor California Farm

3    Bureau Federation ("Farm Bureau"), and Defendants the United States Army Corps of Engineers ("the

4    Corps") have conferred and resolved the Plaintiffs' and Farm Bureau's pending Motion to Supplement

5    the Administrative Record ("Motion to Supplement") (ECF No. 107), as that motion pertains to the

6    Corps' administrative record.  Plaintiffs, Farm Bureau, and the Corps report the following to the Court:

7         1.    The Corps, having reviewed the documents provided by Plaintiffs and Farm Bureau that

8    are described in Exhibit 6 to the Motion to Supplement (ECF No. 107-2), agrees that the following

9    documents were inadvertently omitted from the Corps' administrative record:

10        Documents 1, 3-6, 8-13, 15, 18, 20-21, 23, 25-29, 31-35, 37-43, 45-49, 52-56, 59-62, 64-69, 72-

11   76, 78, 80-88, 92, 94-96, 99, 101-103, 105-108, 110-114, 116, 122, 128, 130, 132, 134-142.

12        The Corps will electronically file a notice of lodging the amended administrative record

13   together with a certification of the amended administrative record and revised index.  The Corps will

14   also lodge with the Court and provide to all parties a bates-stamped copy of the supplemental record

15   documents as expeditiously as possible.[1]

16        2.    Plaintiffs and Farm Bureau, upon conferral with the Corps as to the remaining documents

17   listed in Exhibit 6 to the Motion to Supplement, agree to withdraw their motion as to all documents

18   listed in Exhibit 6 to the Motion to Supplement that are not described in Paragraph 1, i.e., all remaining

19   documents.

20        3.    In light of this stipulation, Plaintiffs, Farm Bureau, and the Corps all agree that there is no

21   need for a hearing on the Motion to Supplement regarding the Corps' administrative record, and the

22   Motion to Supplement may be denied as moot with respect to the Corps' administrative record.

[1]   In light of their size, the parties have agreed that specific "shaping" files included as an attachment to Document 21 will be made available to any party upon request.

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS OF ENGINEERS

CV 12-2172 JSW                                                                   Page 1

Dated: February 1, 2013

/s/ Aruna Prabhala
Aruna Prabhala (Cal. Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 322
Facsimile: (415) 436-9683
aprabhala@biologicaldiversity.org
akeats@biologicaldiversity.org
Attorney for Plaintiffs

/s/ Jack L. Rice _____
KARI E. FISHER, SBN 245447
JACK L. RICE, SBN 248778
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691
kfisher@cfbf.com
jrice@cfbf.com
Attorneys for Plaintiff -Intervenor
CALIFORNIA FARM BUREAU FEDERATION

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
 /s/  Martha C. Mann
MARTHA C. MANN
JASON A. HILL
United States Department of Justice
P.O. Box 7600
Washington, D.C.  20044
Telephone:    (202) 514-2664 (Mann)
                       (202) 305-0506 (Hill)
Facsimile:    (202) 514-8865
martha.mann@usdoj.gov
jason.hill2@usdoj.gov
Attorneys for Defendant
UNITED STATES ARMY CORPS OF ENGINEERS

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS
OF ENGINEERS

1    IT IS SO ORDERED.

2    Dated: February 1 , 2013                    _____ .
3                                                DISTRICT JUDGE
                                                 UNITED STATES DISTRICT COURT
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD OF THE UNITED STATES ARMY CORPS
OF ENGINEERS

CV 12-2172 JSW                                                            Page 3