RONALD W. BEALS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
LUCILLE Y. BACA, Assistant Chief Counsel
ARDINE ZAZZERON (SBN 130109)
DEREK S. VAN HOFTEN (SBN 226880)
595 Market Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 904-5700, Facsimile: (415) 904-2333
ardine.zazzeron@dot.ca.gov

Attorneys for Defendants
California Department of Transportation and Malcolm Dougherty

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et. al,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION; CALIFORNIA DEPARTMENT OF TRANSPORTATION; MALCOLM DOUGHERTY, in his official capacity as Acting Director of the California Department of Transportation; and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No. CV 12-2172 JSW<br><br>**STIPULATION REGARDING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF STATE DEFENDANTS AND ORDER THEREON**<br><br>HEARING DATE: February 22, 2013<br>TIME: 9:00 a.m.<br>COURTROOM: 11<br>JUDGE: Hon. Jeffrey S. White |

Plaintiffs Center for Biological Diversity, Sierra Club, Willits Environmental Center and Environmental Protection Information Center ("Plaintiffs"), Plaintiff-Intervenor California Farm Bureau Federation ("Farm Bureau"), and Defendants California Department of Transportation and

1

Malcolm Dougherty ("State Defendants") have conferred and resolved the issues arising from the Plaintiffs' and Farm Bureau's pending Motion to Supplement the Administrative Record (ECF No. 107), as that motion pertains to the State Defendants' administrative record ("AR"). Plaintiffs, Farm Bureau, and State Defendants agree as follows with respect to categories of documents sought from the State Defendants by the moving parties, as set forth in their motion at pages 9:1--8:8:

    1. State Defendants will add to the AR the three items of correspondence identified in Category 3, and moving parties agree to State Defendants' further addition of two additional items of correspondence dated October 5, 2012, and October 10, 2012, between the Army Corps of Engineers and the State, which are related to the letters set forth in Category 3.

    2. The item identified in Category 6 will be added to the AR.

    3. As a result of communications and exchanges of information with the State Defendants, the moving parties agree to withdraw their motion as to those documents listed in Categories 7 and 13.

    4. The State Defendants will file and serve all parties with a certified supplement to the AR as expeditiously as feasible.

    5. With respect to Categories 1, 2, 4, 5, 8, 9, 10, 11, 12, and 14, the State Defendants have agreed to add the materials to the AR, but the parties were unable to fully agree on language to address the possibility that some of the subject materials may no longer exist or be in the State Defendants' possession. State Defendants will therefore file a Response to the subject motion and submit a proposed Order, to which the moving parties will file a reply, in furtherance of resolution of the remaining disputed issue.

Respectfully submitted,

                                                      ATTORNEYS FOR STATE DEFENDANTS

Dated: __2-1-2013_____    __/s/ Ardine Zazzeron_____
                                                              CALTRANS LEGAL DIVISION
                                                              ARDINE ZAZZERON
                                                              DEREK S. VAN HOFTEN

2

Stipulation Regarding Plaintiffs' and Plaintiff-Intervenor's Motion to Supplement Administrative Record of State Defendants and Order Thereon – CV 12-2172 JSW

*CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION*
*595 Market Street, Suite 1700*
*San Francisco, California 94105*
*Telephone: (415) 904-5700, Facsimile: (415) 904-2333*

*CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION*
*595 Market Street, Suite 1700*
*San Francisco, California 94105*
*Telephone: (415) 904-5700, Facsimile: (415) 904-2333*

|   |   |
|---|---|
|   | ATTORNEYS FOR PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB; WILLITS ENVIRONMENTAL CENTER and ENVIRONMENTAL PROTECTION INFORMATION CENTER |

Dated:    2/1/2013              /s/ Aruna Prabhala
ARUNA PRABHALA
ADAM KEATS
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104


ATTORNEYS FOR PLAINTIFF INTERVENOR
CALIFORNIA FARM BUREAU FEDERATION

Dated:    2/1/2013              /s/ Jack Rice
JACK RICE
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA 95833

**IT IS SO ORDERED.**

Dated: February  6 , 2013 .

_____/s/ Jeffrey S. White_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation Regarding Plaintiffs' and Plaintiff-Intervenor's Motion to Supplement Administrative Record of State Defendants and Order Thereon – CV 12-2172 JSW