IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff,

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants.

No. C 12-02172 JSW

**ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING**

The Court has received the stipulated request to extend the briefing schedule filed by Plaintiff-Intervenor and the Defendants, to which Plaintiffs have objected. Due to budget reductions caused by sequestration, the Court will observe five furlough days in Fiscal Year 2013, one of which is June 7, 2013, the date on which the parties' motions for summary judgment are scheduled to be heard. Accordingly, the Court HEREBY EXTENDS the briefing schedule for all parties by one week, and it CONTINUES the hearing from June 7, 2013 to June 14, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE