**NANCY N. MCDONOUGH, SBN 84234**
**KARI E. FISHER, SBN 245447**
**JACK L. RICE, SBN 248778**
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691
kfisher@cfbf.com
jrice@cfbf.com

Attorneys for Plaintiff-Intervenor

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILLITS ENVIRONMENTAL CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>   Plaintiffs,<br><br>CALIFORNIA FARM BUREAU FEDERATION,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, MALCOLM DOUGHERTY, in his official capacity as Director of the California Department of Transportation, U.S. ARMY CORPS OF ENGINEERS,<br><br>   Defendants. | Case No. No. CV 12-2172 JSW<br><br>**STIPULATION OF DISMISSAL**<br><br>HEARING DATE: TBD<br>TIME: TBD<br>COURTROOM: 11<br>JUDGE: Hon. Jeffrey S. White |

Stipulation of Dismissal
CV 12-2172 JSW

In accordance with the terms of a settlement agreement reached by Plaintiff-Intervenor California Farm Bureau Federation ("Farm Bureau") and Defendants California Department of Transportation and Malcolm Dougherty, in his Official Capacity as Director of the California Department of Transportation (collectively "Caltrans"), Farm Bureau seeks to dismiss its claims against Caltrans and the U.S. Army Corps of Engineers ("Corps").

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Farm Bureau, Caltrans, the Corps, and Plaintiffs Center for Biological Diversity et al., hereby stipulate to the dismissal of all Farm Bureau's claims against Caltrans and the Corps.

Respectfully submitted,

Dated: April 12, 2013
/s/ JACK L. RICE
Jack L. Rice, SBN 248778
Kari E. Fisher, SBN 245447
Nancy N. McDonough, SBN 84234

Attorneys for Plaintiff-Intervenor
CALIFORNIA FARM BUREAU FEDERATION

Dated: April 12, 2013
/s/ ARDINE ZAZZERON
Ardine Nieder Zazzeron, SBN 130109
Derek Scott van Hoften, SBN 226880

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF
TRANSPORTATION and MALCOLM DOUGHERTY

Dated: April 12, 2013
IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ MARTHA C. MANN
MARTHA C. MANN
JASON A. HILL

Attorneys for Defendant
THE UNITED STATES ARMY CORPS
OF ENGINEERS

| | | |
|---|---|---|
| 1 | Dated: April 12, 2013 | /s/ ARUNA PRABHALA |
| 2 | | Aruna Prabhala, SBN 278865 |
| | | Adam Keats, SBN 191157 |

Attorney for Plaintiffs
CENTER FOR BIOLOGICAL DIVERSITY

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: April 15, 2013

DISTRICT JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT