**NANCY N. MCDONOUGH, SBN 84234**
**KARI E. FISHER, SBN 245447**
**JACK L. RICE, SBN 248778**
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA  95833
Telephone:     (916) 561-5665
Facsimile:     (916) 561-5691
kfisher@cfbf.com
jrice@cfbf.com

Attorneys for Plaintiff-Intervenor

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, WILLITS ENVIRONMENTAL CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiffs,<br><br>CALIFORNIA FARM BUREAU FEDERATION,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, MALCOLM DOUGHERTY, in his official capacity as Director of the California Department of Transportation, U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendants. | Case No.  No. CV 12-2172 JSW<br><br>**STIPULATION OF DISMISSAL**<br><br>HEARING DATE: TBD<br>TIME: TBD<br>COURTROOM: 11<br>JUDGE: Hon. Jeffrey S. White |

1  In accordance with the terms of a settlement agreement reached by Plaintiff-Intervenor

2  California Farm Bureau Federation ("Farm Bureau") and Defendants California Department of

3  Transportation and Malcolm Dougherty, in his Official Capacity as Director of the California

4  Department of Transportation (collectively "Caltrans"), Farm Bureau seeks to dismiss its claims

5  against Caltrans and the U.S. Army Corps of Engineers ("Corps").

6  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Farm Bureau, Caltrans, the Corps,

7  and Plaintiffs Center for Biological Diversity et al., hereby stipulate to the dismissal of all Farm

8  Bureau's claims against Caltrans and the Corps.

9  Respectfully submitted,

10

11  Dated:  April 12, 2013          /s/ JACK L. RICE _____
                                    Jack L. Rice, SBN 248778
12                                  Kari E. Fisher, SBN 245447
                                    Nancy N. McDonough, SBN 84234
13

14                                  Attorneys for Plaintiff-Intervenor
                                    CALIFORNIA FARM BUREAU FEDERATION
15

    Dated:  April 12, 2013          /s/ ARDINE ZAZZERON _____
16                                  Ardine Nieder Zazzeron, SBN 130109
                                    Derek Scott van Hoften, SBN 226880
17

18                                  Attorneys for Defendants
                                    CALIFORNIA DEPARTMENT OF
19                                  TRANSPORTATION and MALCOLM DOUGHERTY

20

21  Dated:  April 12, 2013         IGNACIA S. MORENO
                                    Assistant Attorney General
22                                  Environment & Natural Resources Division

23                                  /s/ MARTHA C. MANN _____
24                                  MARTHA C. MANN
                                    JASON A. HILL
25

26                                  Attorneys for Defendant
                                    THE UNITED STATES ARMY CORPS
27                                  OF ENGINEERS

28

1    Dated:  April 12, 2013          _/s/ ARUNA PRABHALA_____
2                                     Aruna Prabhala, SBN 278865
                                      Adam Keats, SBN 191157
3
                                      Attorney for Plaintiffs
4                                     CENTER FOR BIOLOGICAL DIVERSITY

5

6

7                              [PROPOSED ] ORDER

8         IT IS SO ORDERED.

9    Dated:  April 15_, 2013          _____

10                                    DISTRICT JUDGE JEFFREY S. WHITE
                                      UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28