IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiff,

v.

FEDERAL HIGHWAY ADMINISTRATION, et al.,

    Defendants.

No. C 12-02172 JSW

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF EXCERPTS OF ADMINISTRATIVE RECORD CITED IN MOTIONS FOR SUMMARY JUDGMENT**

The parties have filed cross-motions for summary judgment, which are scheduled for hearing on June 14, 2013. When the Court granted Defendants' request to submit electronic versions of the Administrative Record, it reserved the right to require the Defendants to file a paper version of the Administrative Record in its entirety or in parts as this litigation progresses. It is HEREBY ORDERED that by June 10, 2013, the parties shall submit to chambers only a *joint* binder or binders of the portions of the excerpts of the Administrative Record that are cited in their cross-motions for summary judgment, which shall be clearly separated by tabs.

**IT IS SO ORDERED.**

Dated: June 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE